FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEPE B. O/B/O R.R.B.,<br><br>     Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | NO: 1:18-CV-3137-FVS<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

  BEFORE THE COURT is the Defendant's Stipulated Motion to Remand, ECF No. 13. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

  1. Defendant's Stipulated Motion to Remand, **ECF No. 13**, is **GRANTED**.

  2. This case is **REVERSED** and **REMANDED** for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

  3. On remand, the Administrative Law Judge shall reevaluate the child's test results with the assistance of a medical expert; give further consideration to the medical opinions of record and articulate what

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

weight is given to each; reevaluate the evidence of record and explain the findings as to each of the six functional domains; and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Motion for Summary Judgment, **ECF No. 9**, **a**nd the hearing and remaining briefing schedule are **vacated** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** March 6, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge